UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Matthew J. Skahill |
| v. | : | Mag. No. 24-4074 |
| JEFFRY TORRES COLON | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (Elisa T. Wiygul, Assistant U.S. Attorney, appearing), and defendant Jeffrey Torres Colon (Martin Isenberg, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A).

2. This Court granted five § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5. The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

      a.    The charges in this case result from a lengthy investigation, and the pre-indictment discovery the United States is voluntarily providing the defendant involves documents and other items that defense counsel requires adequate time to review.

      b.    Despite the exercise of diligence, therefore, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

      c.    Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

      d.    Consequently, the ends of justice served by granting the continuance and preventing any further non-excludable days from passing under § 3161(h) outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued through January 31, 2026; and it is further

ORDERED that the period from today's date through January 31, 2026 shall be excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

<br>

                                           HON. MATTHEW J. SKAHILL
                                           United States Magistrate Judge

Dated: _____Dec 4_____, 2025

Form and entry consented to:

/s/ Elisa T. Wiygul
Elisa T. Wiygul
Assistant U.S. Attorney

Martin Isenberg, Esq.
Counsel for defendant Jeffry Torres Colon